# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

## NO.  03-23-00764-CV

**South ½ Block 8 Venture, Appellant**

**v.**

**Travis Central Appraisal District, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
### REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on October 13, 2023.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order.  Therefore, the Court reverses the trial court's order and renders judgment consistent with the Court's opinion.  The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.